James Hanton

vs.

Theresa Lantz

FILED
2009 SEP -2 P 3:00

Case No. 3:09CV774 (CFD)

Date: August 31, 2009

## Motion For Injunction

The petitioner respectfully moves the court for an injunction, ordering the respondent and her employees to release him from segregation and return his legal files for this case and other state and federal court cases.

On August 23, 2009 the petitioner was placed in segregation for a fight and sanctioned to seven (7) days segregation.

On August 30, 2009 the petitioner's seven day sanction expired but instead of being released from segregation he is being held in segregation for no legitimate reason and being denied his legal files. The

Petitioner asserts this is in retaliation for petitioning the courts.

The petitioner intends to respond to the respondent's response to Order to Show Cause but is unable to do so due to being in segregation and being denied his legal files.

Respectfully Submitted
By: *[signature]*
James Hanton 146-178
Cheshire C.I. 900 Highland
Ave. Cheshire, CT. 06410

## Certification

I hereby certify that a copy of the foregoing was sent on this 31st day of August 2009 to:

Steven R. Strom,
110 Sherman St. Hartford
CT. 06105

*[signature]*
(The Petitioner)